IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BELL ATLANTIC—MARYLAND, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. CCB-98-CV-4187 |
| PRINCE GEORGE'S COUNTY, MARYLAND, et al., | ) |
| Defendants. | ) |

## ORDER GRANTING LEAVE TO FILE
## BRIEF AMICUS OF MARYLAND PSC
## and RESPONSES THERETO

The general counsel of the Maryland Public Service Commission hearings having filed a motion for leave to file a brief amicus curiae in this matter and having tendered a copy of the brief, Prince George's County, the Defendant herein, having filed a motion requesting leave to file memoranda in response to the brief amicus in the event the Court should grant the general counsel's motion, and Plaintiff Bell Atlantic stating no objection to the motion,

The Court hereby ORDERS this 11th day of December, 2000, that the Clerk shall file the brief amicus of the Commission and that any memoranda in response thereto by the parties shall be filed no later than close of business on Wednesday, December 13th.

Catharine C. Blake
U.S.D.J.

<u>Copies to:</u>

James P. Garland
MILES AND STOCKBRIDGE
10 Light Street
Baltimore, Maryland 21202

Sean D. Wallace (Bar No. 03025)
County Attorney
Prince George's County, Maryland
14741 Governor Ogden Bowie Drive
Room 5121
County Administration Building
Upper Marlboro, MD  20772

Robert D. Lynd, Esq.
Assistant General Counsel
Bell Atlantic - Maryland, Inc.
One East Pratt Street, 8E
Baltimore, Maryland 21202

Nicholas P. Miller (Bar No. 14179)
William Malone  (Bar No. 12347)
MILLER & VAN EATON, P.L.L.C.
1155 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036-4306

Matthew W. Nayden, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD  21202-1643

Susan Stevens Miller, Esq.
General Counsel
Public Service Commission of Maryland
6 St. Paul Street
Baltimore, Maryland 21202

Ellen A. D'Amato, Esq.
Sprint Law Department
8140 Ward Parkway
Kansas City, Missouri 64114

## Certificate of Service

I hereby certify that I have caused to be mailed this day copies of the foregoing Joint Motion to the following:

Matthew W. Nayden, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD  21202-1643

Susan Stevens Miller, Esq.
General Counsel
Public Service Commission of Maryland
6 St. Paul Street
Baltimore, Maryland 21202

Robert D. Lynd, Esq.
Assistant General Counsel
Bell Atlantic - Maryland, Inc.
One East Pratt Street, 8E
Baltimore, Maryland 21202

Ellen A. D'Amato, Esq.
Sprint Law Department
8140 Ward Parkway
Kansas City, Missouri 64114

James P. Garland
MILES AND STOCKBRIDGE
10 Light Street
Baltimore, Maryland 21202


_____
William Malone

Baltimore, Maryland
December 7, 2000