DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BELL ATLANTIC-MARYLAND, INC. | : | |
| | : | |
| v. | : | CIVIL NO. CCB-98-4187 |
| | : | |
| PRINCE GEORGE'S COUNTY, | : | |
| MARYLAND, et al. | : | |
| | : | |

...o0o...

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1.    The defendants' Motion to Dismiss is **denied;**

2.    The plaintiff's Motion for Judgment on the Pleadings is **granted** as to Count IX of the Complaint;

3.    The plaintiff's remaining claims are **dismissed without prejudice;**

4.    Prince George's County Ordinance CB-98-1998 is **declared** preempted under state law, and the County is **permanently enjoined** from enforcing it;

5.    The plaintiff's request for damages, attorneys' fees, and costs is **denied;**

6.    This case is **closed;** and

     7.   Copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

July 23, 2001
Date

Catherine C. Blake
United States District Judge